LUDWIG T. J. OBERMEYER, Respondent, *v.* ADOLPH BEHN et al., Respondents, and GUSTAVE DISCH, Appellant, Impleaded with Others.

*Obermeyer* v. *Behn,* 123 App. Div. 440, affirmed.
(Argued May 11, 1909; decided June 1, 1909.)

APPEAL from a final judgment, entered June 4, 1908, upon an order of the Appellate Division of the Supreme Court in the first judicial department, affirming an interlocutory judgment in favor of plaintiff and defendants Behn, entered upon a decision of the court on trial at Special Term in an action for partition.

*Henry A. Forster* and *Frederick P. Forster* for appellant.

*Linus A. Gould* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.